**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, <br> National Council of HUD Locals Council 222, AFL-CIO, <br> 451 7th St. SW, Washington D.C. 20410; <br>                Plaintiff, <br> v. <br> FEDERAL SERVICE IMPASSES PANEL, <br> 1400 K St. NW, Washington, D.C. 20424; <br>                and <br> MARK ANTHONY CARTER, <br> In his official capacity as Chairman of the Federal Service Impasses Panel, <br> 1400 K St. NW, Washington, D.C. 20424; <br>                and <br> FEDERAL LABOR RELATIONS AUTHORITY, <br> 1400 K St., NW, Washington, D.C. 20424; <br>                Defendants. | Civil Action No. 1:19-cv-01934(RJL) |
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, <br> 80 F St. NW, Washington D.C. 20001; <br>                Plaintiff, <br> v. <br> FEDERAL SERVICE IMPASSES PANEL, <br> 1400 K St. NW, Washington, D.C. 20424; <br>                and <br> MARK ANTHONY CARTER, <br> In his official capacity as Chairman of the Federal Service Impasses Panel, <br> 1400 K St. NW, Washington, D.C. 20424; <br>                and <br> FEDERAL LABOR RELATIONS AUTHORITY, <br> 1400 K St., NW, Washington, D.C. 20424; <br>                Defendants. | Civil Action No. 1:19-cv-01976(RDM) |

**DEFENDANTS' UNOPPOSED MOTION TO CONSOLIDATE RELATED CASES; CONSENT TO AMEND THE COMPLAINT IN CASE NO. 1:19-CV-01934; AND UNOPPOSED MOTION TO EXTEND THE DEADLINE TO FILE A RESPONSIVE PLEADING IN CASE NO. 1:19-CV-01934.**

Defendants, the Federal Service Impasses Panel (the "Panel"), Federal Labor Relations

Authority, and Mark Anthony Carter, in his Official Capacity as Chairman of the Panel

(collectively "Defendants"), by and through their undersigned counsel, respectfully move this Court to consolidate the above-captioned cases brought by plaintiffs American Federation of Government Employees, National Council of HUD Locals, Council 222, AFL-CIO and American Federation of Government Employees, AFL-CIO (collectively "Plaintiffs") and show:

1) The two above-captioned cases involve common defendants.

2) Plaintiffs in the two above-captioned cases are represented by common counsel.

3) The two above-captioned cases raise common issues of law.

4) The Plaintiffs' position with respect to this motion to consolidate the above-captioned cases is as follows, "Without relinquishing or diminishing the separate character of their respective actions, Plaintiffs in civil action numbers 1:19-cv-01934 and 1:19-cv-01976 do not oppose their consolidation for briefing and scheduling purposes."

5) Consolidation of the above-captioned cases would conserve the Court's time as well as that of the parties, would help to avoid confusion as to issues, and would otherwise serve the convenience of the Court.

Plaintiffs have further informed Defendants of their need to amend the complaint in civil action number 1:19-cv-01934.  Defendants consent to Plaintiffs' amendment of that complaint by August 29, 2019.

Plaintiffs consent to an extension of the deadline for Defendants to respond to the amended complaint in 1:19-cv-01934 to September 23, 2019; that is the date on which Defendants' response to the amended complaint in 1:19-cv-01976 is due.

WHEREFORE, Defendants respectfully request that this Court grant its motion to consolidate the above-captioned cases;

Defendants consent to Plaintiffs' request to amend the complaint in 1:19-cv-01934 by August 29, 2019; and

Defendants further respectfully request that this Court extend to September 23, 2019 their time to respond to Plaintiffs' amended complaint in 1:19-cv-01934.

                Respectfully submitted,

                /s/Rebecca J. Osborne
                REBECCA J. OSBORNE
                No Attorney Bar Number Required
                Deputy Solicitor
                Federal Labor Relations Authority
                1400 K Street, NW
                Washington, DC  20424
                (202) 218-7986
                Email: rosborne@flra.gov

August 15, 2019

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 15th day of August 2019, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.

/s/Rebecca J. Osborne
REBECCA J. OSBORNE
Deputy Solicitor
Federal Labor Relations Authority
1400 K Street, NW
Washington, DC  20424
(202) 218-7986
Email: rosborne@flra.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

| | | |
|---|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, National Council of HUD Locals Council 222, AFL-CIO, 451 7th St. SW, Washington D.C. 20410; | ) ) ) ) | |
| Plaintiff, | ) | |
| v. | ) | |
| FEDERAL SERVICE IMPASSES PANEL, 1400 K St. NW, Washington, D.C. 20424; and MARK ANTHONY CARTER, In his official capacity as Chairman of the Federal Service Impasses Panel, 1400 K St. NW, Washington, D.C. 20424; and FEDERAL LABOR RELATIONS AUTHORITY, 1400 K St., NW, Washington, D.C. 20424; | ) ) ) ) ) ) ) ) ) ) ) | ) Civil Action No. 1:19-cv-01934(RJL) |
| Defendants. | ) | |
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, 80 F St. NW, Washington D.C. 20001; | ) ) ) ) | |
| Plaintiff, | ) | |
| v. | ) | |
| FEDERAL SERVICE IMPASSES PANEL, 1400 K St. NW, Washington, D.C. 20424; and MARK ANTHONY CARTER, In his official capacity as Chairman of the Federal Service Impasses Panel, 1400 K St. NW, Washington, D.C. 20424; and FEDERAL LABOR RELATIONS AUTHORITY, 1400 K St., NW, Washington, D.C. 20424; | ) ) ) ) ) ) ) ) ) ) ) | ) Civil Action No. 1:19-cv-01976(RDM) |
| Defendants. | ) | |

**ORDER**

The Court hereby grants the Defendants' unopposed motion to consolidate the above-captioned cases; grants Plaintiffs' request to file an amended complaint in 1:19-cv-01934 by August 29, 2019; and grants Defendants' motion to extend the time to respond to Plaintiffs' amended complaint in 1:19-cv-01934 to September 23, 2019.

For the Court:

_____