# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, National Council of HUD Locals Council 222, AFL-CIO, 451 7th St. SW, Washington D.C. 20410 Washington, DC 20410, <br><br>  Plaintiff, <br><br> v. <br><br> FEDERAL SERVICE IMPASSES PANEL, 1400 K Street NW, Washington, D.C. 20424; <br><br>  and <br><br> MARK ANTHONY CARTER, In his official capacity as Chairman of the Federal Service Impasses Panel, 1400 K Street NW, Washington, D.C. 20424; <br><br>  and <br><br> FEDERAL LABOR RELATIONS AUTHORITY 1400 K Street NW, Washington, D.C. 20424; <br><br>  Defendants. | Civil Action No. 1:19-cv-01934 |

## NOTICE OF SECOND AMENDED COMPLAINT

Plaintiff, American Federation of Government Employees, National Council of HUD Locals Council 222, AFL-CIO, ("Council 222") respectfully provides Notice of Second Amended Complaint, a copy of which is attached hererto. Pursuant to Federal Rule of Civil Procedure 15(a)(2), "a party may amend its pleading only with the opposing party's written

consent or the courts leave." Defendants have consented to this Amended Complaint. See ECF Doc. 12. p.2.

                                              Respectfully Submitted,

                                              /s/ Andres M. Grajales
Andres M. Grajales
Deputy General Counsel
D.C. Bar No. 476894
AFGE, Office of the General Counsel
80 F Street, N.W.
Washington, D.C. 20001
Tel.:   (202) 639-6426
Fax.:   (202) 379-2928
Email: Grajaa@afge.org

/s/ Mark L. Vinson
Mark L. Vinson*
Assistant General Counsel
D.C. Bar No. 478175
AFGE, Office of the General Counsel
80 F Street, N.W.
Washington, D.C. 20001
Tel.:   (202) 639-6426
Fax.:   (202) 379-2928
Email: vinsom@afge.org

/s/ Rushab Sanghvi
Rushab Sanghvi
Associate General Counsel
D.C. Bar No. 1012814
AFGE Office of General Counsel
80 F Street NW
Washington, DC 20001
Tel: (202) 639-6424
Fax: (202) 379-2928
Email: sanghr@afge.org


*Lead Counsel

Attorneys for AFGE

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 27th day of August 2019, counsel of record who is deemed to have consented to electronic service is being served with a copy of this Plaintiff's Notice of Second Amended Complaint and Amended Complaint through the Court's CM/ECF system.

/s/ Mark L. Vinson
Mark L. Vinson*
Assistant General Counsel
D.C. Bar No. 478175
AFGE, Office of the General Counsel
80 F Street, N.W.
Washington, D.C. 20001
Tel.:   (202) 639-6426
Fax.:   (202) 379-2928
Email: vinsom@afge.org