# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| American Federation of, Government Employees, AFL-CIO, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>Federal Service Impasses Panel *et al.*,<br><br>    Defendants. | Nos.   19-cv-01934 (RJL) |

## ENTRY OF APPEARANCE

Pursuant to LCvR 83.6 (a), I respectfully enter my appearance in the above captioned matter as co-counsel for Plaintiff American Federation of Government Employees, AFL-CIO, and American Federation of Government Employees, Council 222. I am admitted to practice in this Court and I will appear in this case as co-counsel.

Date: September 26, 2019

                                            Respectfully submitted,

                                            /s/ Rushab Sanghvi
                                            Rushab Sanghvi
                                            Associate General Counsel
                                            D.C. Bar No. 1012814
                                            AFGE Office of General Counsel
                                            80 F Street NW
                                            Washington, DC 20001
                                            Tel: (202) 639-6424
                                            Fax: (202) 379-2928
                                            Email: sanghr@afge.org

## **CERTIFICATE OF SERVICE**

      I certify that, on September 26, 2019, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the District of Columbia through the CM/ECF system. Defendants were served electronically through the CM/ECF filing.

                                  Respectfully,

                                  /s/ Rushab Sanghvi
                                  Rushab B. Sanghvi
                                  Associate General Counsel
                                  D.C. Bar No. 1012814
                                  American Federation of Government
                                  Employees, AFL-CIO
                                  80 F Street, NW
                                  Washington, DC 20001
                                  sanghr@afge.org
                                  202-639-6424