**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES,<br>National Council of HUD Locals Council 222, AFL-CIO,<br>451 7th St. SW, Washington D.C. 20410;<br>        Plaintiff,<br>v.<br>FEDERAL SERVICE IMPASSES PANEL,<br>1400 K St. NW, Washington, D.C. 20424;<br>        and<br>MARK ANTHONY CARTER,<br>In his official capacity as Chairman of the Federal Service Impasses Panel,<br>1400 K St. NW, Washington, D.C. 20424;<br>        and<br>FEDERAL LABOR RELATIONS AUTHORITY,<br>1400 K St., NW, Washington, D.C. 20424;<br>        Defendants. | Civil Action No. 1:19-cv-01934(RJL) |
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO,<br>80 F St. NW, Washington D.C. 20001;<br>        Plaintiff,<br>v.<br>FEDERAL SERVICE IMPASSES PANEL,<br>1400 K St. NW, Washington, D.C. 20424;<br>        and<br>MARK ANTHONY CARTER,<br>In his official capacity as Chairman of the Federal Service Impasses Panel,<br>1400 K St. NW, Washington, D.C. 20424;<br>        and<br>FEDERAL LABOR RELATIONS AUTHORITY,<br>1400 K St., NW, Washington, D.C. 20424;<br>        Defendants. | Civil Action No. 1:19-cv-01976(RJL) |

**JOINT MOTION TO DISMISS AS MOOT CIVIL ACTION NO. 1:19-CV-01976(RJL)**

Defendants, the Federal Service Impasses Panel ("FSIP"), Federal Labor Relations Authority, and Mark Anthony Carter, in his Official Capacity as Chairman of FSIP (collectively "Defendants"), and Plaintiff American Federation of Government Employees, AFL-CIO

("AFGE"), respectfully move this Court for an Order dismissing the Amended Complaint in Civil Action No. 1:19-cv-01976(RJL) (the "AFGE-SSA Complaint") with prejudice. In support of this joint motion, the parties state as follows:

1. At the end of September 2019, the American Federation of Government Employees, AFL-CIO, SSA General Committee (the "AFGE-GC"), an autonomous affiliate of AFGE, entered into a written Agreement in Principle with the Social Security Administration ("SSA") over a new national collective bargaining agreement. In that document, the AFGE-GC released any pending claims concerning its prior term negotiations with SSA, including those claims arising from the FSIP's May 29, 2019 decision in case number 19 FSIP 019 which are the subject of the AFGE-SSA Complaint in Civil Action No. 1:19-cv-01976(RJL).

2. The parties understand and agree that the agreement between the AFGE-GC and SSA has no impact on Civil Action No. 1:19-cv-01934(RJL) or the claims made therein, and that this motion is limited solely to Civil Action No. 1:19-cv-01976(RJL) and those claims arising from 19 FSIP 019 and does not apply to any other matter.

3. In light of the terms of the agreement described in paragraph 1 and the understanding and agreement described in paragraph 2 above, the parties agree that the claims alleged in the AFGE-SSA Complaint, Civil Action No. 1:19-cv-01976(RJL), are moot and should be dismissed.

WHEREFORE, Defendants and Plaintiff respectfully request that the Court enter an Order dismissing with prejudice the AFGE-SSA Complaint, Civil Action No. 1:19-cv-01976(RJL).

Respectfully submitted,

| | |
|---|---|
| /s/ Rushab Sanghvi | /s/ Noah Peters |
| RUSHAB SANGHVI (# 1012814) | NOAH PETERS (#1023748) |

Associate General Counsel
Email: sanghr@afge.org

/s/ Mark L. Vinson
MARK L. VINSON (# 478175)
Assistant General Counsel
Email: vinsom@afge.org

Andres M. Grajales (# 476894)
Deputy General Counsel
Email: Grajaa@afge.org
AFGE Office of General Counsel
80 F Street NW
Washington, DC 20001
Telephone: (202) 639-6424
Facsimile: (202) 379-2928

Attorneys for Plaintiffs

Solicitor
Email: npeters@flra.gov

/s/Rebecca J. Osborne
REBECCA J. OSBORNE (no # required)
Deputy Solicitor
Email: rosborne@flra.gov

Federal Labor Relations Authority
1400 K Street, NW
Washington, D.C. 20424
Telephone: 202-218-7999
Facsimile: 202-343-1007

Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 11th day of October 2019, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.

/s/Rebecca J. Osborne
REBECCA J. OSBORNE
Deputy Solicitor
Federal Labor Relations Authority
1400 K Street, NW
Washington, DC  20424
Telephone: (202) 218-7986
 Email: rosborne@flra.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES,<br>National Council of HUD Locals Council 222, AFL-CIO,<br>451 7th St. SW, Washington D.C. 20410;<br>　　　　　Plaintiff,<br>v.<br>FEDERAL SERVICE IMPASSES PANEL,<br>1400 K St. NW, Washington, D.C. 20424;<br>　　　　　and<br>MARK ANTHONY CARTER,<br>In his official capacity as Chairman of the Federal Service Impasses Panel,<br>1400 K St. NW, Washington, D.C. 20424;<br>　　　　　and<br>FEDERAL LABOR RELATIONS AUTHORITY,<br>1400 K St., NW, Washington, D.C. 20424;<br>　　　　　Defendants. | Civil Action No. 1:19-cv-01934(RJL) |
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO,<br>80 F St. NW, Washington D.C. 20001;<br>　　　　　Plaintiff,<br>v.<br>FEDERAL SERVICE IMPASSES PANEL,<br>1400 K St. NW, Washington, D.C. 20424;<br>　　　　　and<br>MARK ANTHONY CARTER,<br>In his official capacity as Chairman of the Federal Service Impasses Panel,<br>1400 K St. NW, Washington, D.C. 20424;<br>　　　　　and<br>FEDERAL LABOR RELATIONS AUTHORITY,<br>1400 K St., NW, Washington, D.C. 20424;<br>　　　　　Defendants. | Civil Action No. 1:19-cv-01976(RJL) |

**ORDER**

The Court hereby grants the parties' joint motion to dismiss Civil Action No. 1:19-cv-01976(RJL) with prejudice.

　　　　　　　　　　　　　　　　　　　　　For the Court:

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　The Honorable Richard J. Leon