**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, <br> National Council of HUD Locals Council 222, AFL-CIO, <br> 451 7th St. SW, Washington D.C. 20410; <br>                 Plaintiff, <br> v. <br> FEDERAL SERVICE IMPASSES PANEL, <br> 1400 K St. NW, Washington, D.C. 20424; <br>                 and <br> MARK ANTHONY CARTER, <br> In his official capacity as Chairman of the Federal Service Impasses Panel, <br> 1400 K St. NW, Washington, D.C. 20424; <br>                 and <br> FEDERAL LABOR RELATIONS AUTHORITY, <br> 1400 K St., NW, Washington, D.C. 20424; <br>                 Defendants. | Civil Action No. 1:19-cv-01934(RJL) |
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, <br> 80 F St. NW, Washington D.C. 20001; <br>                 Plaintiff, <br> v. <br> FEDERAL SERVICE IMPASSES PANEL, <br> 1400 K St. NW, Washington, D.C. 20424; <br>                 and <br> MARK ANTHONY CARTER, <br> In his official capacity as Chairman of the Federal Service Impasses Panel, <br> 1400 K St. NW, Washington, D.C. 20424; <br>                 and <br> FEDERAL LABOR RELATIONS AUTHORITY, <br> 1400 K St., NW, Washington, D.C. 20424; <br>                 Defendants. | Civil Action No. 1:19-cv-01976(RJL) |

**DEFENDANTS' MOTION TO DISMISS**

In these consolidated cases, the American Federation of Government Employees, National Council of HUD Locals, Council 222, AFL-CIO and the American Federation of Government Employees (collectively the "Unions") seek direct judicial review of two orders of the Federal Service Impasses Panel (the "Panel" or "FSIP"): *U.S. Department of Housing and*

*Urban Development*, 18 FSIP 075 (Feb. 14, 2019) and *Social Security Administration*, 19 FSIP 019 (May 29, 2019).

For over 30 years, the D.C. Circuit has held that courts lack jurisdiction to engage in direct judicial review of FSIP orders. *See Council of Prison Locals v. Brewer*, 735 F.2d 1497, 1499 (D.C. Cir. 1984). Instead, the Panel's orders are subject only to collateral review "by the Authority in an unfair labor practice proceeding and later by the courts in review of any such proceeding." *Am. Fed'n of Gov't Employees, AFL-CIO v. FLRA*, 778 F.2d 850, 856 (D.C. Cir. 1985).

Therefore, Defendants FSIP, Mark Anthony Carter in his official capacity as Chairman of FSIP, and the Federal Labor Relations Authority (collectively "Defendants") respectfully request that this Court dismiss with prejudice all of the Unions' claims in the above referenced matters, pursuant to Federal Rules of Civil Procedure 12(b)(1) due to a lack of subject matter jurisdiction.[1] The grounds for dismissing the Unions' claims are set forth in the accompanying statement of points of law and authorities.

        Respectfully submitted,

        s/ Noah Peters
        NOAH PETERS (#1023748)
        Solicitor

        REBECCA J. OSBORNE
        Deputy Solicitor
        Federal Labor Relations Authority
        1400 K Street, NW
        Washington, D.C. 20424

---

[1] At the same time as this motion, Defendants and the Unions are filing a joint motion to dismiss Civil Action No. 1:19-cv-01976(RJL), the Complaint challenging *Social Security Administration*, 19 FSIP 019 (May 29, 2019). If this Court denies that motion, Defendants respectfully request that the Court dismiss Civil Action No. 1:19-cv-01976(RJL) for lack of subject matter jurisdiction under Rule 12(b)(1).

                                                   Telephone: (202) 218-7999
                                                   Facsimile: (202) 343-1007
                                                   Email: npeters@flra.gov

Dated: October 11, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of October 2019, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I also certify that the foregoing document is being served on counsel of record and that service will be accomplished by the CM/ECF system.

/s/ Rebecca J. Osborne
REBECCA J. OSBORNE
Deputy Solicitor
Federal Labor Relations Authority
1400 K Street, NW
Washington, DC 20424
Telephone: (202) 218-7986
Email: rosborne@flra.gov