IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| American Federation of,  )<br>Government Employees,  )<br>National Council of HUD Locals  )<br>Council 222, AFL-CIO,  )<br>       )<br>       Plaintiff  )<br>v.     )<br>       )<br>Federal Service Impasses,  )<br>Panel, et al.,  )<br>       )<br>       )<br>       Defendants.  )<br>_____ ) | Civil Action No. 1:19-cv-01934 |

**CONSENT MOTION FOR A MODIFICATION OF THE PARTIES' BRIEFING SCHEDULE**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendants, the Federal Service Impasses Panel (the "Panel"), Federal Labor Relations Authority, and Mark Anthony Carter, in his Official Capacity as Chairman of the Panel (collectively "Defendants"), respectfully move this Court for a modification to the current briefing schedule for the parties' motion papers. In support of this motion the parties state as follows:

1) Defendants' current deadline to reply to Plaintiff's Motion for Summary Judgment and Incorporated Opposition to Defendants' Motion to Dismiss is November 8, 2019.

2) Defendants' current deadline to file an opposition to Plaintiff's Motion for Summary Judgment and Incorporated Opposition to Defendants' Motion to Dismiss is November 22, 2019.

3) Defendants intend to file a consolidated reply and opposition to Plaintiff's Motion for Summary Judgment and Incorporated Opposition. Defendants move to extend or set

   the deadline for Defendants consolidated reply and opposition to Plaintiff's Motion for Summary Judgment and Incorporated Opposition to December 4, 2019.

4) Plaintiff will be required to reply to Defendants' consolidated reply and opposition by December 11, 2019. Defendants move to extend or set Plaintiff's deadline to file a reply to Defendants' consolidated reply and opposition until December 13, 2019.

5) After Plaintiff's December 13, 2019, reply, the briefing on Defendants' Motion to Dismiss and Plaintiff's Motion for Summary Judgment and Incorporated Opposition, will be complete.

6) Plaintiff consents to this Motion and the requested relief.

7) Defendants previously received two extensions to respond to Plaintiff's complaint. The final extension granted Defendants until October 11, 2019, to respond to Plaintiff's complaint.

8) Plaintiff previously received an extension to respond to Defendants' Motion to Dismiss until November 1, 2019.

9) The parties respectfully submit that good cause exists for granting the relief requested based on the thanksgiving holiday, the parties' staffing, and the parties' press of work.

Accordingly, for reasons stated herein, the parties respectfully move to modify the briefing schedule. A proposed Order, consistent with this request, accompanies this Motion.

Respectfully submitted,

<u>s/ Noah Peters</u>
NOAH PETERS (#1023748)
Solicitor
REBECCA J. OSBORNE
Deputy Solicitor
Federal Labor Relations Authority
1400 K Street, NW
Washington, D.C. 20424
Telephone: (202) 218-7908
Facsimile: (202) 343-1007
Email: npeters@flra.gov

Dated: November 6, 2019

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| American Federation of, Government Employees, National Council of HUD Locals Council 222, AFL-CIO,<br><br>    Plaintiff<br>v.<br><br>Federal Service Impasses, Panel, *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:19-cv-01934<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PROPOSED ORDER

Upon consideration of Defendants' Consent Motion for a Modification to the Parties' Briefing Schedule, it is hereby

**ORDERED** that the Consent Motion for a Modification to the Parties' Briefing Schedule is **GRANTED**

It is **FURTHER ORDERED** that Defendants' will file a consolidated reply and opposition to Plaintiff's Motion for Summary Judgment and Incorporated Opposition to Defendants' Motion to Dismiss by December 4, 2019; and it is

**FURTHER ORDERED** that Plaintiff's will file a reply to Defendants' consolidated reply and opposition by December 13, 2019.

Entered this ____ day of _____, 2019.

_____
Hon. Richard J. Leon
United States District Court

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of November 2019, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I also certify that the foregoing document is being served on counsel of record and that service will be accomplished by the CM/ECF system.

/s/Noah Peters
NOAH PETERS (#1023748)
Solicitor
Federal Labor Relations Authority
1400 K Street, NW
Washington, DC  20424
Telephone: (202) 218-7908
Email: npeters@flra.gov