## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES,
NATIONAL COUNCIL OF HUD LOCALS
COUNCIL 222, AFL-CIO,

     Plaintiff,

v.

FEDERAL SERVICE IMPASSES PANEL,
e*t al.*,

     Defendants,

U.S. DEPARTMENT OF HOUSING AND
URBAN DEVELOPMENT,

     Intervenor-Defendant.

Civil Action No. 19-cv-01934 (RJL)

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants Federal Labor Relations Authority, Federal Service Impasses Panel and

Chairman Mark Carter, along with Intervenor-Defendant U.S. Department of Housing and Urban

Development, respectfully notify the Court of the Second Circuit's recent decision in *Serv. Emps.*

*Int'l Union Local 200 United v. Trump*, No. 19-4143-CV, 2020 WL 5542674 (2d Cir. Sept. 16,

2020) (per curiam) ("*SEIU*"), which is directly relevant to the jurisdictional arguments raised in

their Motion to Dismiss, ECF No. 20-1.[1]

---

[1] Defendants have filed a substantially similar Notice of Supplemental Authority in each
of the similar cases in this district in which a jurisdictional motion to dismiss has been fully briefed.
*See NLRBPA v. FSIP*, No. 20-cv-888-ABJ; *NVAC v. FSIP*, No. 20-cv-837-CJN; *AALJ v. FSIP*,
No. 20-cv-1026-ABJ.  Although this Court has denied Defendants' Motion to Dismiss, *see* June
22, 2020 Minute Order, it may revisit its determination as to its subject-matter jurisdiction at any
time it determines necessary, of its own accord or otherwise.

The Second Circuit's per curiam decision in *SEIU* affirmed the Western District of New York's holding that the Federal Service Labor-Management Relations Statute's ("Statute") comprehensive review scheme channels all claims arising within its scope away from district court and instead through proceedings before the Authority and then a court of appeals. *Id.* at *2; *see Serv. Emps. Int'l Union Local 200 United v. Trump*, 1:19-cv-1073, 2019 WL 6710865 (Dec. 10, 2019). In that case, as in *AFGE v. Trump*, 929 F.3d 748 (D.C. Cir. 2019), unions challenged the President's 2018 Executive Orders concerning federal labor-management relations. *See SEIU*, 2020 WL 5542674, at *1. The Western District of New York, giving close consideration to *AFGE v. Trump*'s assessment of the *Thunder Basin* factors while conducting an independent *Thunder Basin* analysis of its own, had concluded that the Statute precludes district court jurisdiction over the unions' claims and dismissed the case on that basis. *Serv. Emps. Int'l Union*, 2019 WL 6710865, at **9-11.

In its brief affirmance, the Second Circuit explained simply that "[a]fter an independent review of the record and relevant case law," the court "affirm[ed] for substantially the reasons set forth by the district court in its carefully reasoned December 10, 2019 decision and order." *Id.* at *2. It also pointed to the D.C. Circuit's recent "holding that the existence of administrative review by the Authority preclude[s] district court jurisdiction." *Id.* at *2 n.2 (citing *AFGE v. Trump*, 929 F.3d at 754).

A copy of the Second Circuit's *SEIU* decision is attached to this filing.

Dated: September 22, 2020

/s/ Noah Peters
NOAH PETERS (#1023748)
Solicitor

REBECCA J. OSBORNE
Deputy Solicitor

SARAH C. BLACKADAR
Attorney
Federal Labor Relations Authority
1400 K Street, NW
Washington, D.C. 20424
Phone: (202) 218-7908
Fax: (202) 343-1007
*Counsel for the Federal Labor Relations
Authority, Federal Service Impasses Panel and
Chairman Carter*

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

CHRISTOPHER R. HALL
Assistant Branch Director

/s/ Kyla M. Snow
KYLA M. SNOW
Ohio Bar No. 96662
Trial Attorney
U.S. Department of Justice, Civil Division
Federal Programs Branch
1100 L Street, NW
Washington, D.C.  20005
Email: kyla.snow@usdoj.gov
Phone: (202) 514-3259
Fax: (202) 616-8460
*Counsel for U.S. Department of Housing
and Urban Development*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 22, 2020 a copy of the foregoing Notice of Supplemental Authority was filed electronically via the Court's ECF system, which effects service upon counsel of record.

*/s/ Noah Peters*
NOAH PETERS
Solicitor, Federal Labor Relations Authority
